**Wartburg Publishing House, plaintiff in error, v. R. E. Shepherd, defendant in error. Gen. No. 30,285.**

Action for services and material furnished. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed with finding of facts and judgment here. Opinion filed February 2, 1926.

Oscar A. Stoffels, for plaintiff in error; Harry Goodman, of counsel. No appearance for defendant in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Joseph S. Sweeney, Jr., by Joseph S. Sweeney, Sr., defendant in error, v. Frederick O. Clausen, plaintiff in error. Gen. No. 30,301.**

Action for damages. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. J. C. Eagleton, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed February 2, 1926.

C. W. Larsen and F. J. Karasek, for plaintiff in error; Johan Waage, of counsel. Finn & Miller, for defendant in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**National Electric Controller Company, appellant, v. Howard Radio Company et al., appellees. Gen. No. 30,332.**

Action for amounts due under written contract. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed February 2, 1926. Rehearing denied February 17, 1926.

Samuel Shaw Parks, for appellant. Dyrenforth, Lee, Chritton & Wiles, for Howard Radio Company, appellee; Marcus A. Hirschl and George A. Chritton, of counsel. Baker, Holder & Schmidt, for A. A. Howard, G. E. Warren and T. J. Sullivan, appellees; Leroy W. Holder, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.